UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM RABE, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE DIRECT | ) Case No.: 17-CV-511-JHP-JFJ |
| INSURANCE COMPANY, | ) |
| JOHN DOE, a business entity, | ) |
| and JANE DOE, an individual, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The following parties to this lawsuit, Plaintiff, William Rabe, and Defendant, Progressive Direct Insurance Company, pursuant to FED. R. CIV. P. 41, stipulate this case should be dismissed with prejudice.  All respective parties to bear their respective attorney fees and costs.

Dated this 6th day of December 2017.

s/ John Paul Truskett
*(Signed by filing Attorney with permission of Attorney)*
Ryan S. Wiehl, OBA No. 32893
John Paul Truskett, OBA No. 20550
Samuel T. Perrine, OBA No. 32165
TRUSKETT LAW FIRM, P.L.L.C.
2202 East 49th Street, Suite 400
Tulsa, Oklahoma 74105
Telephone:   918-392-5444
Facsimile:   918-856-3676
Email:   john@truskettlaw.com
   ryan@truskettlaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ Brad L. Roberson
Brad L. Roberson, OBA No. 18819
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER
 & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:   brad@pclaw.org
   erin@pclaw.org
**ATTORNEYS FOR DEFENDANT,
 PROGRESSIVE DIRECT
 INSURANCE COMPANY**